### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| KENNETH GRAY, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | Case No. 25-CV-644-MTS |
| | ) | |
| UPONOR NORTH AMERICAN, INC., | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER TO SHOW CAUSE

Pursuant to Fed. R. Civ. P. 4(m), a plaintiff must serve each defendant "within 90 days after the complaint is filed[.]" Plaintiffs Kenneth and Wendy Gray filed a Complaint on November 25, 2025, naming one defendant. To date, no return of service has been filed indicating that Defendant Uponor North American, Inc., has been served in this matter.

Accordingly, by March 16, 2026, Plaintiffs shall file a return of service or show good cause for their failure to serve Defendant. If Plaintiffs fail to do so, their claims against Defendant may be dismissed without prejudice. Fed. R. Civ. P. 4(m).

IT IS SO ORDERED this 5th day of March, 2026.

_____

MARK T. STEELE, MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT