**IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF KLAHOMA**

KENNETH GRAY and WENDY GRAY,    )
                                     )
            Plaintiffs,       )
                                     )
v.                                )      Case No. 25-cv-00644-MTS
                                     )
UPONOR, INC.                 )
                                     )
            Defendant.      )

**PLAINTIFFS' FIRST AMENDED COMPLAINT**

The above-named Plaintiffs, Kenneth and Wendy Gray, respectfully submit their First Amended Complaint in this matter, pursuant to FRCP 15(a), to correct the name of previously named Defendant "Uponor North America, Inc.," to the correct named Defendant entity, "Uponor, Inc." incorporated in Illinois. Plaintiff has conferred with counsel for Uponor, Inc., who has agreed in writing to this Amended Complaint to change the name, and has agreed to accept service of this Amended Complaint. Thus, Plaintiffs do now allege and state for their Amended cause of action as follows:

**JURISDICTION AND VENUE**

1.      Plaintiffs, Kenneth and Wendy Gray ("Plaintiffs"), husband and wife, are citizens of the state of Oklahoma, residing in Tulsa County, Oklahoma.

2.      Defendant Uponor, Inc. (hereinafter "Uponor" or "Defendant"), is an Illinois corporation with its principal place of business in the State of Minnesota.

3.      The claims that give rise to this lawsuit exceed the sum or value of Seventy- Five Thousand Dollars ($75,000.00), exclusive of interest and costs.

4.      This Court has diversity jurisdiction pursuant to 28 U.S.C. § 1331(a) due to the diversity of citizenship between parties and the amount in controversy.

1

5.     Venue is proper in the United States District Court for the Northern District of Oklahoma pursuant to 29 U.S.C. § 1132(e)(2) and 28 U.S.C. § 1391. As described in this Complaint, the events, transactions, and occurrences relevant to Plaintiffs' claims occurred substantially within the Northern District of Oklahoma. Additionally, Defendant has engaged in business in the Northern District of Oklahoma at all relevant times.

6.     Plaintiffs have experienced significant damage to their home due to defective plumbing pipe manufactured by Uponor.

7.     Plaintiffs' home was built in 2011, and Uponor plumbing pipes were installed in their home.

8.     The Uponor pipes installed in Plaintiffs' home were defective and leaked.

9.     The leaks from the pipes caused water to build up in the house including but not limited to in the foundation of the house.

10.    In November of 2024, the leaks were discovered to be from the defective pipes.

11.    The leaks have caused substantial and permanent damage to the house which have necessitated substantial and costly repairs and greatly diminished the value of the house.

12.    Plaintiffs contacted a plumbing company, who determined there were leaks coming from the Uponor plumbing pipes, a manufacturing defect.

### COUNT I: MANUFACTURER'S PRODUCTS LIABILITY

13.    Defendant Uponor was and is engaged in the business of design, production, manufacture, marketing, and sale of plumbing pipes.

14.    Defendant Uponor designed, produced, manufactured, marketed, and sold the pipes that caused the damage to Plaintiffs' home.

15.    The pipes were sold in a defective condition that made it unreasonably dangerous

2

to properties such as Plaintiffs' home.

16.     The pipes were expected to, and did, reach Plaintiffs' home without material modification.

17.     Defendant Uponor created a substantial risk of harm for those reasonably expected to be affected by the pipes, including Plaintiffs, as a result of the product's defective condition.

18.     Prior to sustaining damage to their home, Plaintiffs neither knew or should have known of any defect in the Uponor plumbing pipes.

19.     Defendant Uponor failed to warn and/or provided inadequate warnings of the unreasonable dangers and hazards created by the pipes, and such failure to warn or inadequate warnings rendered the pipes defective and unreasonably dangerous.

20.     As a direct and proximate result of the defective pipes, Plaintiffs have suffered and will continue to suffer grave injuries and damages to their property including an amount excess of Seventy-Five Thousand Dollars ($75,000.00), exclusive of attorneys' fees, costs, and interests.

21.     The conduct of Defendant was intentional, willful, malicious, and in reckless disregard of the rights of Plaintiffs, and is sufficiently egregious in nature to warrant punitive damages.

## COUNT II: NEGLIGENCE

22.     Defendant Uponor was negligent and breached a duty of care owed to Plaintiffs in the manufacturing of the plumbing pipes by, *inter alia*:

    a.     Failing to make or cause to be made reasonable inspections to discover or correct defects in the plumbing pipes, all of which were known to Defendant, or which in the exercise of due care should have been known;

    b.     Failing to provide adequate safety precautions for the use of the plumbing pipes

and for the protection of properties in a position similar to that of Plaintiffs;

c.    Failing to post warnings and/or adequate warnings of the dangers presented by the installation and use of the plumbing pipes.

23.    As a result of Defendant Uponor's negligence, Plaintiffs and Plaintiffs' home suffered significant damages.

24.    The acts complained of herein were reasonably foreseeable to Defendant Uponor.

25.    As a direct and proximate result of the acts complained of herein, Plaintiffs have suffered and will continue to suffer grave injuries and damages to themselves and their home including an amount in excess of Seventy-Five Thousand Dollars ($75,000.00), exclusive of attorneys' fees, costs and interest.

26.    The conduct of Defendant was intentional, willful, malicious and in reckless disregard of the rights of Plaintiffs and is sufficiently egregious in nature to warrant punitive damages.

## COUNT III: PRIVATE NUISANCE

27.    Defendant Uponor has caused a private nuisance pursuant to Oklahoma law for Plaintiffs and has wrongfully interfered with Plaintiffs' use and enjoyment of their property.

28.    Defendant's plumbing pipes have caused a continuing, and ongoing nuisance for Plaintiffs.

29.    Defendant Uponor's conduct and plumbing pipes has annoyed, injured, endangered the comfort, repose, health or safety of Plaintiffs.

30.    Defendant Uponor's conduct has offended decency.

31.    Defendant Uponor's conduct has rendered Plaintiffs insecure in life and the use of their property.

32.     Defendant's conduct has caused a private nuisance, and Plaintiffs are entitled to both past damages and abatement of the nuisance.

33.     The conduct of Defendant was intentional, willful, malicious and in reckless disregard of the rights of Plaintiffs and is sufficiently egregious in nature to warrant punitive damages.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiffs Kenneth and Wendy Gray, pray judgment against Defendant Uponor for damages in an amount in excess of Seventy-Five Thousand Dollars ($75,000.00), punitive damages, and attorneys' fees, and any other relief the Court deems just and equitable.

Respectfully submitted,


 *s/ Michael L. Barkett*
Michael L. Barkett, OBA #16171
Smith Barkett Law Group, PLLC
2021 S. Lewis Ave., Suite 630
Tulsa, OK 74104
918.582.6900 – T / 918.582.6907 - F
Email:  mbarkett@smithbarkett.com

 *Attorneys for Plaintiff*

**JURY TRIAL DEMANDED**